■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARGARET JOHNSON, Appellant. [656 NYS2d 1003] —Judgment unanimously affirmed. Memorandum: The evidence, viewed in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620, 621), is sufficient to establish defendant's constructive possession of the cocaine seized from 247A Langfield Drive *(see, People v Myrick,* 203 AD2d 902; *People v Campbell,* 187 AD2d 945, *lv denied* 81 NY2d 786; *People v Fuller,* 168 AD2d

972, 973, *lv denied* 78 NY2d 922). The lease, telephone bill and letter were properly admitted for the limited purpose of linking defendant to that address (*see, People v Boswell*, 167 AD2d 928, *lv denied* 77 NY2d 876, *lv dismissed* 81 NY2d 785). County Court also properly admitted the response of defendant to routine booking questions regarding her residence (*see, People v Rodney*, 85 NY2d 289, 293). We reject the contention that prosecutorial misconduct deprived defendant of a fair trial. (Appeal from Judgment of Erie County Court, McCarthy, J.—Criminal Possession Controlled Substance, 4th Degree.) Present—Green, J. P., Lawton, Callahan, Boehm and Fallon, JJ.